UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZACHARIAH MORTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE INSURANCE COMPANY, an insurer,<br><br>Defendants. | CASE NO.<br>3:23–cv–06184–TMC<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>February 2, 2024 |

## STIPULATION

The parties to this lawsuit, by and through their respective undersigned counsel of record, do hereby stipulate that all claims asserted by and between them shall be dismissed with prejudice, without costs or attorneys' fees to either party, and without notice of presentation of the Order.

DATED: February 2, 2024.

| STYLES LAW, PLLC | LETHER LAW GROUP |
|---|---|
| /s/ Jeremiah Styles<br>Jeremiah Styles, WSBA #49543<br>6628 212th SW Street, Suite 206<br>Lynnwood, WA 98036<br>P: (425) 448-7246 / F: (425) 645-7286<br>jeremiah@styles-law.com<br>*Attorney for Plaintiff* | /s/ Thomas Lether<br>Thomas Lether WSBA #18089<br>1848 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>P: (206) 467-5444 / F: (206) 467-5544<br>tlether@letherlaw.com<br>*Attorney for Defendant* |

STIPULATION FOR AND ORDER OF DISMISSAL – 1
[NO. 3:23–cv–06184–TMC]

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**ORDER**

Pursuant to the stipulation of parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties to this lawsuit shall be dismissed with prejudice and without costs or fees to any party.

Dated this 5th day of February, 2024.

_____
Tiffany M. Cartwright
United States District Judge

**Presented by:**

| STYLES LAW, PLLC | LETHER LAW GROUP |
|---|---|
| /s/ _Jeremiah Styles_____ | /s/ Thomas Lether_____ |
| Jeremiah Styles, WSBA #49543 | Thomas Lether, WSBA #18089 |
| 6628 212th SW Street, Suite 206 | 1848 Westlake Avenue N. |
| Lynnwood, WA 98036 | Suite 100 |
| P: (425) 448-7246 / F: (425) 645-7286 | Seattle, WA 98109 |
| jeremiah@styles-law.com | P: (206) 467-5444 / F: (206) 467-5544 |
| *Attorney for Plaintiff* | tlether@letherlaw.com |
| | *Attorney for Defendant* |

STIPULATION FOR AND ORDER OF DISMISSAL – 2
[NO. 3:23–cv–06184–TMC]

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeremiah Styles
6628 212th SW Street, Suite 206
Lynnwood, WA 98036
P: (425) 448-7246
F: (425) 645-7286
jeremiah@styles-law.com
*Attorney for Plaintiff*


**By:**   [ ] First Class Mail          [ X ] E-Service/Email          [ ] Legal Messenger


DATED this 2nd day of February 2024 at Seattle, Washington.

*/s/ Nico Schulz*
Nico Schulz | Paralegal

STIPULATION FOR AND ORDER OF DISMISSAL – 3
[NO. 3:23–cv–06184–TMC]

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544